GAGE v. DOW.

A state court has jurisdiction of an action brought by an assignee in bankruptcy to recover money paid by the bankrupt to the defendant in fraud of the bankrupt law.

ASSUMPSIT, by the assignee in bankruptcy of B. R. D., for money paid by the bankrupt to the defendant in fraud of the bankrupt law. Plea, to the jurisdiction. Question of jurisdiction reserved.

*Barnard & Leach*, for the plaintiff, cited *Goodrich* v. *Wilson*, 119 Mass. 429; *Eyster* v. *Gaff*, 91 U. S. 521; *Claflin* v. *Houseman*, 93 U. S. 130; *Wiswall* v. *Campbell*, 93 U. S. 347, 348, 349; *McHenry* v. *La Société*, 95 U. S. 58, 60; *Milner* v. *Meek*, 95 U. S. 252.

*Mugridge* and *H. S. Clark*, for the defendant.

DOE, C. J. The state court has jurisdiction.

*Case discharged.*

FOSTER, J., did not sit.